IN THE

COURT OF CRIMINAL APPEALS

OF TEXAS

80,458-01

granted
up to May 1, 2015
at 5 p.m.

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 01 2015

Abel Acosta, Clerk

Clerk
4-9-2015

NO. WR-80,458-01

EX PARTE WALTER AARON HAMILTON, Applicant

FILED IN
COURT OF CRIMINAL APPEALS

APR 01 2015

Abel Acosta, Clerk

MOTION FOR EXTENSION OF TIME

TO FILE

MOTION FOR RECONSIDERATION

TO: THE HONORABLE JUSTICES OF THE
    TEXAS COURT OF CRIMINAL APPEALS


    COMES NOW, Walter A. Hamilton, Applicant in the above-styled and numbered Cause, hereinafter "Hamilton", proceeding in propria persona, pursuant to the Authority of T.R.A.P. 10.5(b) and 79.6, in conjunction with the Due Process and Due Course of Law Protections and guarantees of the United States and Texas constitutions, and respectfully request that this Honorable Court enter an Order directing that the deadline to file a Motion For Rehearing in the above-

styled and numbered Cause be extended for Thirty (30) days, up to and including May 1, 2015, and in support would respectfully show this Honorable Court as follows:

1.) Hamilton filed his Application for Writ of Habeas Corpus on March 13, 2013, pursuant to Texas Code Of Criminal Procedure, Art. 11.07

2.) The Trial Court made its Order Designating Issues on April 4, 2013.

3.) The trial Court made its recommendations on October 22, 2013.

4.) This Honorable Court received Hamilton's Application on October 29, 2013.

5.) On March 18, 2015 this Honorable Court handed down its Opinion. The Court found that Hamilton received multiple punishments in violation of the Double Jeopardy clause and GRANTED relief, thereby setting aside Count 2 in Cause Number 2006-CR-3927. However, the Court denied all other relief.

6.) The Court's Opinion was mailed via Truck Mail which was not received by Hamilton until March 26, 2015 when it was delivered to him by Prison Mailroom Personnel.

7.) The present deadline for filing a Motion For Reconsideration in this Case is April 2, 2015. See T.R.A.P. 79. This current deadline would allow Hamilton only Four (4) days of access to the Unit Law Library. The Double Jeopardy issues are complex as well as others. This extra time is needed in order for Hamilton to put forward a meaningful Motion For Rehearing.

8.) Hamilton seeks a 30 day extension in order to research these issues, up to and including May 1, 2015. Hamilton has not made any previous requests for an extension of time to file his Motion For Reconsideration/Rehearing.

WHEREFORE, Hamilton respectfully moves and prays that this Motion be duly considered by this Honorable Court and, thereafter GRANTED.

Respectfully submitted,

Walter A. Hamilton, Pro-se
Applicant
TDCJ-CID #1493992
Ellis Unit
1697 FM 980
Huntsville, Texas 77343

(2)

## UNSWORN DECLARATION

I, Walter Aaron Hamilton, TDCJ-CID #1493992, Applicant, being presently incarcerated at the O.B. Ellis Unit of the Texas Prison system, here in Walker County, Texas, declare under the penalty of perjury that the above and foregoing is true and correct to the best of my knowledge and belief.

EXECUTED on this the 28 day of March, A.D. 2015.

Walter Aaron Hamilton, Pro-se
Applicant
TDCJ-CID #1493992
D.O.B. 11/07/65
Ellis Unit
1697 FM 980
Huntsville, Texas   77343

## CERTIFICATE OF SERVICE

I, Walter A. Hamilton, TDCJ-CID #1493992, Applicant, being presently incarcerated at the O.B. Ellis Unit of the Texas Prison System, here in Walker County, Texas, do hereby certify that a true and correct copy of the above and foregoing "Motion For Extension Of time To file Motion For Reconsideration was mailed to: Criminal District Attorney, Paul Elizondo Tower, 101 W. Nueva, 7th floor, San Antonio, Texas, 78205, on this the 28 day of March, A.D. 2015, by depositing the same into the Internal Prison Mail System, with first-class postage prepaid.

Walter Aaron Hamilton, Pro-se
Applicant
